UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MORRIS CORPORATION (AUST) PTY LTD, an Australian corporation, | Civil No. 04-708-PK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | |
| THE EVENT SOURCE, a Utah Corporation, | |
| Defendant. | |

      Magistrate Judge Paul Papak issued a Findings and Recommendation [79] recommending that plaintiff's Motion for Partial Summary Judgment [47] be granted in part and denied in part. Magistrate Papak recommended that defendant's Motion for Summary Judgment [42] should be granted in part and denied in part. Also, Magistrate Papak recommended that defendant's Motion to Strike [71] should be denied as moot. Both parties filed objections and the disputed Findings and Recommendation was referred to this Court for review.

      The Court has given the file of this case a *de novo* review, and has also carefully evaluated the Magistrate's Findings and Recommendation, the objections, and the Record of the case.

The objections are DENIED, and the Findings and Recommendation is ADOPTED in its entirety.

DATED this ____3_ day of August, 2006.

_____/s/ Ancer L.Haggerty_____
Ancer L. Haggerty
Chief U. S. District Court Judge

Page - 2   ORDER ADOPTING FINDINGS AND RECOMMENDATION